144 P.3d 1272

# SUPREME COURT OF HAWAI'I

**October 31, 2006**

| 26192 | Custer v. Administrative Director of Courts | Affirmed |
|-------|---------------------------------------------|----------|

**November 6, 2006**

| 27395 | Cornelio v. State | Affirmed |
|-------|-------------------|----------|
| 26447 | Garringer v. State | Affirmed |